RECEIVED

JUN 2 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KAREN WOODARD | CIVIL ACTION NO. 13-cv-0042 |
| VERSUS | JUDGE STAGG |
| RENT-A-CAR EAST, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Compel Arbitration (Doc. 8) is granted and this case is stayed. The parties are directed to present the gateway question of arbitrability to an arbitrator in accordance with their agreement.

**IT IS FURTHER ORDERED** that the clerk is directed to close this case for administrative purposes only.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 24th day of June, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE